709 A.2d 197

IN THE MATTER OF JAMES C. RICHARDSON,
A JUDGE OF THE MUNICIPAL COURT.

April 24, 1998.

## ORDER

The Advisory Committee on Judicial Conduct having filed with the Court a presentment recommending that **JAMES C. RICH-ARDSON**, Judge of the Municipal Court of the Township of Warren and formerly Judge of the Municipal Court of the Borough of Watchung, be publicly reprimanded for violating Canons 1 and 2A of the Code of Judicial Conduct and for engaging in conduct prejudicial to the administration of justice that brings the judicial office into disrepute (*Rule* 2:15–8(a)(6)) by driving while intoxicated in violation of *N.J.S.A.* 39:4–50;

And respondent having waived his right to a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the presentment of the Advisory Committee on Judicial Conduct is adopted and **JAMES C. RICHARDSON** is hereby publicly reprimanded.